# Third District Court of Appeal

## State of Florida

Opinion filed August 24, 2022.

_____

No. 3D22-0001
Lower Tribunal No. 13-7027

_____

**Ottawa Properties 1 LLC,**

Appellant,

vs.

**US Bank, NA., etc.,**

Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Wesoloski Carlson, P.A., and Erik D. Wesoloski, for appellant.

McGuireWoods LLP, and Sara F. Holladay, Emily Y. Rottmann, and Kathleen D. Kilbride (Jacksonville), for appellee.

Before FERNANDEZ, C.J., and LOGUE and HENDON, JJ.

PER CURIAM.

<u>ON CONFESSION OF ERROR</u>

Ottawa Properties 1 LLC, defendant titleholder in a foreclosure action, appeals a non-final order denying its motion to quash service of process.[1] Ottawa moved in the trial court to quash service of process on the basis that U.S. Bank's process server failed to identify the date and time of service on the summons and did not initial or sign the summons, as required by section 48.031(5), Florida Statutes. Based upon U.S. Bank's commendable confession of error, and our review of the record, we reverse the denial of the motion to quash service and remand for further proceedings.

Reversed and remanded.

---

[1] Ottawa also appeals the trial court's rulings, contained in the same order on appeal denying its motion to quash service of process, which (1) denied dismissal with prejudice; and (2) denied Ottawa's Renewed Motion to Enforce Court Order and for Sanctions. Because these additional rulings are non-final and non-appealable, we dismiss this portion of Ottawa's appeal.